IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



FILED
CHARLOTTE, NC
OCT 2 5 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN THE MATTER OF: SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS UTILIZING THE DOMAIN NAME "FSCPEDIATRICS.COM" THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, INC. | Case No. 3:10 mj 188<br><br>**FILED UNDER SEAL** |

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that the United States' Motion, the accompanying search warrant, application for search warrant, supporting affidavit, warrant return and this Order be SEALED until further order of the Court.

IT IS FURTHER ORDERED that Google, Inc. shall not disclose the existence of the Search Warrant, the Application, or this Order of the Court, to the listed subscriber(s) or to any other person, unless and until authorized to do so by the Court.

Dated this 25 day of October, 2010.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE